# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2008
Lower Tribunal No. 12-28314
_____

**Clandyve Simon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Carlos J. Martinez, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Arlisa Certain, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and SHEPHERD and SALTER, JJ.

SUAREZ, C.J.

Clandyve Simon appeals the trial court's revocation of his probation and imposition of sentence. We affirm the revocation and the sentence, but remand

solely for the purpose of the trial court's entry of a written order.  <u>Hulse v. State</u>,

170 So. 3d 911 (Fla. 3d DCA 2015), and cases cited therein.

Order and sentence affirmed, remanded with directions.